## IN THE MATTER OF GEORGE McDOUGALL

JOURNAL ENTRIES (1816–17): *Journal 2:* (1) Scandalous matters ordered expunged, respondent suspended *p. 514; (2) suspension shortened *p. 514; (3) suspension rescinded, *p. 524.

PAPERS IN FILE: (1) Letter from McDougall to Judge Griffin.

## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED, *versus* GABRIEL GODFROY

JOURNAL ENTRIES (1816): *Journal 2:* (1) Judgment *p. 516.

PAPERS IN FILE: (1) Writ of scire facias and return; (2) motion for rule to plead or show cause; (3) writ of fi. fa.; (4) alias fi. fa.; (5) memo. of delivery of fi. fa.; (6) precipe for pluries fi. fa.; (7) pluries fi. fa. and return; (8) precipe for second pluries fi. fa. and venditioni exponas; (9) precipe for venditioni exponas and alias fi. fa.; (10) precipe for third pluries fi. fa.; (11) venditioni exponas and fi. fa.; (12) draft of venditioni exponas and fi. fa.; (13) copy of original judgment entry.

*Office Docket,* MS p. 61, c. 1.